THIS OPINION
 HAS NO PRECEDENTIAL VALUE, IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 City of Rock Hill, Respondent,
 v.
 Alieo Garga-Richardson, Appellant.
 
 
 

Appeal from York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-612
Submitted November 3, 2008  Filed
 November 10, 2008    
AFFIRMED

 
 
 
 Alieo C. Garga-Richardson, pro se, for Appellant.
 Christopher Edward Barton, of Rock Hill, for Respondent.
 
 
 

PER CURIAM: Alieo C. Garga-Richardson appeals the circuit courts dismissal of
 his appeal from the municipal court.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: S.C. Code Ann. § 14-25-95 (Supp. 2007) (requiring an appellant to set forth the grounds for appeal in his
 notice of appeal from the municipal court); S.C.
 Code Ann. § 14-25-105 (Supp. 2007) (providing the circuit
 court does not conduct a de novo review in criminal appeals
 from municipal court); City of Rock Hill v. Suchenski, 374
 S.C. 12, 15, 646 S.E.2d 879, 880 (2007) (holding in criminal appeals from
 the municipal court, the appellate court reviews errors of law only).  
AFFIRMED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.